UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS T. BREWINGTON, | No. C 08-5006 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| E. MARRERO; et al., | |
| Defendants. | |

This pro se civil action was filed on November 3, 2008, at which time the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or file an in forma pauperis application, and the deadline by which to do so has passed. The action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application. Plaintiff may file a new action, but should include a filing fee or an in forma pauperis application with a new complaint to commence that new action. The clerk shall close the file.

IT IS SO ORDERED.

Dated: December 18, 2008

_____
SUSAN ILLSTON
United States District Judge